GEORGE W. FINK PAPER CO., INC., Respondent, v. GATTI-McQUADE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke. P. J., Smith, Merrell, Finch and McAvoy, JJ.

R. SERIL & SONS, INC., Respondent, v. HARRY MILLER, Doing Business under the Firm Name and Style of H. MILLER & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

OLD COLONY TRUST COMPANY, Respondent, v. ARECIBO GRAPEFRUIT CO., INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.

G. B. BEAUMONT COMPANY and Another, Appellants, v. CHARLES H. DARM-STADT, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.

GUIDO BARTARELLI, Respondent, v. BASIL SOLDATENKOV, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM SACCO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J.,. Page, Merrell, Finch and McAvoy, JJ.

45 WEST FIFTY-FIFTH STREET CORPORATION, Appellant, v. LE PAPILLON CORSET COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY EVERSMAN, Indicted as HENRY EMERSON, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.

BOLTON WORSTED MILLS, INC., Respondent, v. UNITED BRITISH INSURANCE COMPANY, LTD., OF LONDON, Appellant.— Determination affirmed, with costs. [118 Misc. Rep. 530.] No opinion. Present — Clarke, P. J., Page, Merrell, Finch, and McAvoy, JJ.

WILLIAM BIRNS, Appellant, v. PARK & TILFORD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.

NADRA K. MOUTRON, Respondent, v. JAMES P. CAREY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.

HELENA O'SULLIVAN, Respondent, v. ERNEST ELLINGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Page, Merrell and Finch, JJ.

In the Matter of the Application of GRACE D. VALENTINE, Appellant, for a Determination as to the Construction and Effect of the Will of WILLIAM H. VALENTINE, Deceased.— Decree affirmed, with costs to both parties payable out of the estate. No opinion. Present — Clarke, P. J., Page, Merrell, Finch and McAvoy, JJ.